ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| | ) | |
| Marine Terminals Corporation d/b/a | ) | ASBCA No. 59300 |
| Ports America | ) | |
| | ) | |
| Under Contract No. W81GYE-09-D-0009 | ) | |

APPEARANCES FOR THE APPELLANT:          Richard C. Wootton, Esq.
                                        Marc A. Centor, Esq.
                                          Cox, Wootton, Lerner, Griffin, Hansen
                                          & Poulos, LLP
                                          San Francisco, CA

APPEARANCES FOR THE GOVERNMENT:          Lt Col Matthew J. Mulbarger, USAF
                                          Air Force Chief Trial Attorney
                                         Erika L. Whelan Retta, Esq.
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 September 2015

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59300, Appeal of Marine Terminals Corporation d/b/a Ports America, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals